IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| CHUHAK & TECSON, P.C. | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-mc-106 |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER OF DISMISSAL

Upon consideration of the parties' motion to withdraw the petition to quash summons, it is hereby:

ORDERED that this proceeding is DISMISSED WITH PREJUDICE, the parties to bear their respective costs, including any possible attorneys fees or other expenses of litigation.

Signed: September 10, 2010

Richard L. Voorhees
United States District Judge